# COURT MINUTES/ORDER

## United States Magistrate Judge Alicia O. Valle

**Fort Lauderdale Courtroom 310**   Date: 3/13/2024   Time: 11:00 a.m.

Defendant: **Delbert J. Baker (J)**   J#: 19845-104   Case #: **0:23-tp-60024-RS**

AUSA: Joseph Cooley   Attorney: Wesley Wallace, AFPD

Violation: Supervised Release Revocation

Proceeding: Initial Appearance / Revocation   CJA Appt:

Bond/PTD Held: ☐ Yes ☐ No   Recommended Bond:

Bond Set at: 100,000 PSB with GPS Monitor   Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ___ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☒ **Home Confinement/Electronic Monitoring** and/or Curfew ___ pm to ___ am, paid by ___
- ☒ Allowances: **Medical needs, court appearances, attorney visits, religious, employment**
- ☐ Travel extended to:
- ☒ Other: Comply with all previous conditions of release.

Language: English

**Disposition:**
- Defendant Present and advised of his rights and charges.
- Defendant was sworn in reference to appointing PD.
- Court appoints PD.
- Probation Officer Julio Sanchez appeared in court.
- Court accepts stipulated 100,000 PSB with GPS Monitor.

*** Defendant must provide address and work schedule to the probation Officer.

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:

Report RE Counsel:

**PTD/Bond Hearing**:

**Prelim/Arraign** or Removal:

Status Conference RE:

D.A.R. 11:33:10   Time in Court: 20 Minutes

CHECK IF APPLICABLE: ____ For the reasons stated by counsel for the Defendant and finding that the ends of justice served by granting the ore tenus motion for continuance to hire counsel outweigh the best interests of the public & the Defendant in a Speedy Trial, the Court finds that the period of time from today, through and including _____, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, l8 USC 3161 et seq..